BLAIR and Others *v.* RUSSELL and Others.—On appeal.

IN this case, on the first trial, the plaintiffs obtained
judgment. At the next term of the Court, according to
the record before us, the defendants moved for a new trial,
which the Court sustained. The Court could not thus va-
cate its judgment of a former term. The judgment is
reversed.